UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CIV 03090

---------------------------------------------------------X

E. GLUCK CORPORATION,

        Plaintiff,

    v.

THE NEW PROJECT, LLC and
ROBERT JONATHAN RICHMAN,

        Defendant.

---------------------------------------------------------X

Civil Action No.

RECEIVED
MAR 26 2008
U.S.D.C. S.D. N.Y.
CASHIERS

## PLAINTIFF'S STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for **Plaintiff E. GLUCK CORPORATION** (a non-governmental entity) certifies that the following are corporate parents, subsidiaries or affiliates of that party, which are publicly held.


      **NONE**


                    GOTTLIEB, RACKMAN & REISMAN,
                    Attorneys for Plaintiff
                    270 Madison Ave, 8th Floor
                    New York, NY 10016
                    (212) 684-3900

                    _____
                    Richard S. Schurin ( RS 0199 )

Dated:    New York, NY
         March 26, 2008