/RSTT/ST

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
By: Brian J. Winterfeldt
     James J. Mercurio
601 13th Street NW
Suite 1000 South
Washington, DC 20005
(202) 661-7650

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 17 2008
```

E. GLUCK CORPORATION,

    Plaintiff

v.

THE NOW PROJECT, LLC and
ROBERT JONATHAN RICHMAN,

    Defendants

DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

DOCKET NO. 08 CV 03090 (PAC)

CIVIL ACTION

### STIPULATION EXTENDING TIME TO ANSWER
### OR OTHERWISE PLEAD

It is hereby stipulated and agreed by and between the undersigned attorneys for Plaintiff E. Gluck Corporation and Defendants The Now Project, LLC and Robert Jonathan Richman, that the time within which said Defendants may serve and file an Answer or otherwise plead in response to the complaint filed March 26, 2008, is hereby extended until and through April 30, 2008.

GOTTLIEB, RACKMAN & REISMAN, P.C.

Attorneys for Plaintiff
E. Gluck Corporation

By: _____
Richard S. Schurin, Esquire
(RS 0199)

Dated: April 15, 2008

BALLARD, SPAHR, ANDREWS
& INGERSOLL, LLP

Attorneys for Defendants
The Now Project, LLC and
Robert Jonathan Richman

By: _____
Brian J. Winterfeldt, Esquire

Dated: April 14, 2008

SO ORDERED: APR 17 2008

_____
U.S.D.J.

DMEAST #10020155 v1