UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
E. GLUCK CORPORATION,                :        08 CV. 3090 (PAC)

                Plaintiff,    :

v.                                                             :

THE NOW PROJECT, LLC and          :
ROBERT JONATHAN RICHMAN,

                              :

                Defendants.
------------------------------------------------------X

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(i)

Plaintiff E. Gluck Corp., by and through its counsel hereby dismisses the above captioned action. Said dismissal, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), is with prejudice and without costs to any party.

                                          GOTTLIEB, RACKMAN & REISMAN P.C.

                                          Richard S. Schurin (RS-0199)
                                          Attorneys for Plaintiff E. Gluck Corporation

                                          270 Madison Ave.
                                          New York, N.Y. 10016
                                          (212) 684-3900

Dated: May 21, 2008