```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 7 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
E. GLUCK CORPORATION,                :     08 CV. 3090 (PAC)

                       Plaintiff,     :

v.                                                        :

THE NOW PROJECT, LLC and       :
ROBERT JONATHAN RICHMAN,

                                 :

                       Defendants.
------------------------------------------------------X

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(i)

Plaintiff E. Gluck Corp., by and through its counsel hereby dismisses the above captioned action. Said dismissal, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), is with prejudice and without costs to any party. The Clerk of Court is directed to close this case.

                                                      GOTTLIEB, RACKMAN & REISMAN P.C.

                                                      Richard S. Schurin (RS-0199)
                                                      Attorneys for Plaintiff E. Gluck Corporation

                                                      270 Madison Ave.
                                                      New York, N.Y. 10016
                                                      (212) 684-3900

Dated: May 21, 2008

                                                      SO ORDERED: MAY 2 7 2008

                                                      HON. PAUL A. CROTTY
                                                      UNITED STATES DISTRICT JUDGE